**U.S. Department of Justice**
**United States Marshals Service**

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| | |
|---|---|
| PLAINTIFF: William L. Harding | COURT CASE NUMBER: CIV-23-08-RAW-JAR |
| DEFENDANT: Core Civic Corrections, et al | TYPE OF PROCESS: Summons ? Complaint |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN: Cpt. Bowman
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code): 6888 E 133 Road Holdenville OK. 74848

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:
William L. Harding - 234130
DCF- AH-145  6888 E. 133 Road
Holdenville OK.  74848

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 8
Check for service on U.S.A.:

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service): Cpt. Bowman is no longer employed at Davis Correctional Facility, but his last known address is on company file and is a local in Holdenville as April 25, 2023

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER:
DATE: 4-26-23

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
Total Process: 1
District of Origin No. 63
District to Serve No. 63
Signature of Authorized USMS Deputy or Clerk: Kim Triplett
Date: 5/3/23

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above): Karen Hefner Warden Secretary
Date: 5-5-23
Time: 12:23 pm
Address (complete only different than shown above):
Signature of U.S. Marshal or Deputy:

Costs shown on attached USMS Cost Sheet >>

REMARKS:
196.8 miles round trip
1 DUSM x 3 hrs.

FILED MAY - 9 2023 BONNIE HACKLER Clerk, U.S. District Court By_____ Deputy Clerk

RECEIVED MAY 3 2023 U.S. Marshals Eastern Oklahoma

Form USM-285
Rev. 03/21

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| William L. Harding | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | )  Civil Action No.  CIV-23-08-RAW-JAR |
| Core Civic Corrections, et al., | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Cpt. Bowman

RECEIVED
MAY 3 2023
U.S. Marshals
Eastern Oklahoma

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   William L. Harding  234134
Davis Correctional Facility
6888 E. 133rd Road
Holdenville, OK  74848

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  _____04/14/2023_____                                    _____/s/ Bonnie N. Fulcher_____
*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. CIV-23-08-RAW-JAR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Cpt Bowman**
was received by me on *(date)* **5-3-2023**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Karen Hefner**, who is designated by law to accept service of process on behalf of *(name of organization)* **CoreCivic**
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **5-5-2023**

Server's signature

**Jared Holms   Deputy U.S. Marshal**
Printed name and title

Server's address

Additional information regarding attempted service, etc: