AO 458 (Rev. 01/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

| William L. Harding | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-08-RAW-JAR |
| CoreCivic, Inc | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Keys, Underwood, Ellars, Pfaff and CoreCivic, Inc.

Date: 05/17/2023

s/ Darrell L. Moore
*Attorney's signature*

DARRELL L. MOORE, 6332
*Printed name and bar number*

P.O. BOX 368
PRYOR, OK 74362

*Address*

jrmpc@swbell.net
*E-mail address*

(918) 825-0332
*Telephone number*

(918) 825-7730
*FAX number*